UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CHAD ALLEN PETERSON**                                   **CIVIL ACTION**

**VERSUS**                                                **NO: 16-14882**

**NEXT PRODUCTION, L.L.C.**                               **SECTION: "F" (4)**

## ORDER

Before the Court is Defendant Next Production, L.L.C.'s **Motion to Compel Independent Medical Examination (R. Doc. 19)** seeking an order to compel the independent medical examination ("IME") of Plaintiff Chad Allen Peterson. While the Defendant indicates that the parties have agreed to re-schedule the Plaintiff's IME for July 28, 2017 at 9:00 a.m., the Defendant filed this motion out of an abundance of caution because the Plaintiff failed to appear for his last IME after canceling roughly twenty-four hours prior to the schedule appointment. *Id.* at p. 1-2. The motion is not opposed.

Based on the foregoing, the Court finds that there is good cause to order the Plaintiff to appear for an IME. Fed. R. Civ. P. 35(a)(1)-(2); *see also, Acosta v. Tenneco Oil Co.*, 913 F.2d 205, 208 (5th Cir. 1990) ("Under Rule 35, three requirements are necessary to enable a court to order a Rule 35 exam: (1) the party's physical or mental condition must be in controversy; (2) the expert must be either a physician or a psychologist; and (3) good cause must be shown.").

Accordingly,

**IT IS ORDERED** that the Defendant's **Motion to Compel Independent Medical Examination (R. Doc. 19)** is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff Chad Allen Peterson appear submit to an independent medical examination with Dr. John Thompson, Tulane University School of

Medicine, Department of Psychiatry & Behavioral Sciences, 1440 Canal Street, Suite 1000, New Orleans, Louisiana on **Friday, July 28, 2017 at 9:00 a.m.**

                                        New Orleans, Louisiana, this 19th day of July 2017.

                                        **KAREN WELLS ROBY**
                              **CHIEF UNITED STATES MAGISTRATE JUDGE**