# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHAD ALLEN PETERSON** | **CIVIL ACTION** |
| **VERSUS** | **NO: 16-14882** |
| **NEXT PRODUCTION, LLC** | **SECTION: "F" (4)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Next Production, LLC's **Motion for Attorney Fees and Related Costs (R. Doc. 38)** is **GRANTED**, and that Next Production, LLC is awarded attorney's fees in the amount of **$96,767.75** and **$7,381.50** in costs to be paid by Chad Allen Peterson **no later than sixty (60) days** from the signing of this order.

New Orleans, Louisiana, this 21st day of March, 2018.

_____
**MARTIN L. C. FELDMAN**
**UNITED STATES DISTRICT JUDGE**